UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM BROWN,<br><br>  Plaintiff,<br><br>v.<br><br>SIXTH APPELLATE DISTRICT, et al.,<br><br>  Defendants. | Case No. 20-cv-03615-JST<br><br>**ORDER OF DISMISSAL** |

On May 29, 2020, plaintiff filed this *pro se* civil rights action pursuant to 42 U.S.C. § 1983. ECF No. 1. That same day, the Clerk of the Court informed plaintiff that this action was deficient because he had not paid the filing fee and had not submitted the proper *in forma pauperis* application. ECF No. 5. The Court provided plaintiff with a blank copy of the proper form and instructed plaintiff to respond within twenty-eight days of the date of the order. ECF No. 5. The deadline has passed, and plaintiff has neither paid the filing fee nor submitted a completed *in forma pauperis* application, or otherwise communicated with the Court. The Court therefore DISMISSES this action without prejudice. Because this dismissal is without prejudice, plaintiff may move to reopen the action. Any such motion must contain a complete *in forma pauperis* application, i.e., an application on the proper form with the required certified copy of the plaintiff's inmate trust account statement for the last six months. The Clerk shall enter judgment and close the file.

**IT IS SO ORDERED.**

Dated: July 22, 2020

_____
JON S. TIGAR
United States District Judge